IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SIEMENS FINANCIAL SERVICES, INC.

      Plaintiff,

v.

ALL IMAGING DIAGNOTIC CENTER, INC.;
and RAFAEL MALDONADO-ROAS,

      Defendants.

Civil No. 05-1400 (JAG)

## JUDGMENT

Upon plaintiff's motion for judgment, and it appearing from the return of the United States Marshal or process server, filed in this case that defendant All Imaging Diagnostic Center, Inc. was served with a copy of the complaint and summons, and it appearing further that default was entered against said defendant for its failure to properly plead or file an answer to the complaint, against which defendant the plaintiff is entitled to a judgment by default, the Court hereby ORDERS that plaintiff's motion for judgment by default against All Imaging Diagnostic Center, Inc. be and it is hereby granted as follows, and that plaintiff have execution therefor:

  1. Judgment is entered on Count I of the Complaint in favor of Siemens Financial Services, Inc., the plaintiff herein, and against All Imaging Diagnostic Center, Inc., defendant herein, in the amount of $377,708.25, plus post-judgment interest calculated at the applicable contractual rate of one and one-half (1 1/2) percent per month until full and final payment is made, plus all amounts that plaintiff has incurred or will hereafter incur in the enforcement of its rights and remedies against All Imaging Diagnostic Center, Inc. and in enforcing this judgment, according to proof; and

  2. Judgment is entered on Count II of the Complaint in favor of Siemens Financial Services, Inc. for immediate and permanent possession of the following personal property,

wherever located, but believed to be currently located at RD 172 3B-11 Virra Di Rey, Caguas, Puerto Rico, and regardless of whoever maintains possession thereof, including without limitation All Imaging Diagnostic Center, Inc. and Rafael Maldonado-Roas: two (2) Acuson Sequoia Ultrasound Systems, and all accompanying equipment.

**DATED:** _____ September 27th, 2005          **ENTERED:**

S/ Jay A. García-Gregory
**UNITED STATES DISTRICT JUDGE**